

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellant's brief was originally due on February 1, 2019. On February 11, 2019, appellant filed "Amended Motion for Extension." In the motion, appellant asks that we "enter into evidence the hand written statement submitted as Exhibit A." The motion is DENIED. The document was not admitted into evidence at trial and therefore is not properly included in the appellate record. *See* TEX. R. APP. P. 34.1 (appellate record consists of clerk's record and reporter's record). This Court cannot consider documents that are not included in the record on appeal.

We order appellant's brief due no later than 30 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court